IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GREENWOOD LEFLORE HOSPITAL                                          PLAINTIFF

V.                                                    CIVIL ACTION NO. 4:15cv174-SA-JMV

STANLEY STAN M. BEATY,
ALCON CORPORATION,
HEALTHCARE CONTRACT SERVICES, INC., and
JOHN DOES 1-6                                                      DEFENDANTS

JUDGMENT DISMISSING ACTION
BY REASON OF BANKRUPTCY PENDING

The Court has received notice of bankruptcy proceedings instituted by defendant Stan Beaty. [63]. Therefore, it is not necessary that this action remain upon the pending docket of this court.

Thus, this action is dismissed without prejudice, and the Court retains complete jurisdiction to vacate this order and to reopen the action upon motion of either party advising that the bankruptcy proceedings have been closed and that further litigation in this Court is necessary.

SO ORDERED, this the 27th day of March, 2017.

                                                                      /s/ Sharion Aycock
                                                                      UNITED STATES DISTRICT JUDGE